## AFFIDAVIT

Before me on this day personally appeared Steven Rocket Rosen, who is known to me, and who being first duly sworn upon oath deposed and said:

My name is Steven Rocket Rosen, attorney at law. I my office is located at 214 Morton Street, Richmond Texas, 77469 in Fort Bend County, Texas. I am over the age of eighteen (18) years of age. I am fully competent to makes this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct.

As the attorney for Vicki Stark-Fitts I provided a vigorous and thorough legal advice and defense for Ms. Stark Fitts. The allegations of ineffective assistance of counsel are untrue. I performed the duties and responsibilities listed below to the best of my ability.

I provided Vicki Stark-Fitts with all evidence the government had against her and reviewed it with her on numerous occasions.

I reviewed the facts with Ms. Stark-Fitts. Ms. Stark-Fitts did not offer any witnesses other than her co-defendants. Those defendants did not wish to speak to me. They were in the process of making their own decisions with their own counsel.

Motions I filed were adequate to Ms. Stark-Fitts case. Had I gone to trial with Ms. Stark-Fitts I certainly would have argued them in detail.

Ms. Stark-Fitts and I had numerous discussions regarding the maximum sentence she might receive should she lose at trial. These discussions played a major role in Ms. Stark-Fitts' decision to plead guilty.

Ms. Stark Fitts and I discussed numerous strategies and possible outcomes of a trial. She was made well aware of her options and consequences.

I spent months working on a plea day for Ms. Stark-Fitts and relayed every offer that was given to me. Ultimately Ms. Stark-Fitts decided to plead guilty and began cooperating with the government.

I had numerous discussions regarding changing her plea and the consequences. She was told exactly what would happen at re-arraignment. I had a personal emergency on the day of her arraignment and sent an attorney with 35 years of experience who had been briefed on her case and re-arraignment.

Ms. Stark Fitts was told exactly what to expect from the PSR procedure and report. After the PSR was produced Ms. Stark-Fitts reviewed the report and discussed objections. Those objections were filed in a timely manner. She was never informed of or promised any downward departure from the state.

Ms. Stark Fitts was completely aware of and understood her right of appeal. She never requested that I participate in filing any post-conviction documents and she was aware she could request appointed counsel.

Ms. Stark-Fitts' claim that I had a conflict of interest is not true. Yes, my wife was recovering from a bout with cancer. However with the exception of Ms. Stark-Fitts's re-arraignment hearing I was present, available and worked hard for Ms. Stark-Fitts.

My statement at sentencing was an effort to convey a sense that life is precious for everyone. I spoke from the heart with honesty and appeal. I hoped the Judge would take up my theme and show mercy for Ms. Stark-Fitts. I did not want Ms. Stark-Fitts to receive life in prison for the crime she had committed. I wanted the judge to allow her to live some of her life free in the future.

_____
Steven R. Rosen

State of Texas, County of Fort Bend

Sworn and subscribed before me on this the ____9th____ day of __May__ 2017.

BELINDA ESPINOSA
My Commission Expires
September 23, 2017

_____
Notary Public