VICKI STARKS-FITTS
REG. NO. 18614-078
FCI TALLAHASSEE
FEDERAL CORRECTIONAL INSTITUTION
501 CAPITAL CIRCLE, NE
TALLAHASSEE, FL 32301

March 23, 2018

Clerk, U. S. District Court
for the Eastern District of Texas
Sherman Division
101 E Pecan Street
Sherman, TX 75090

      RE:  *Stark-Fitts v. United States*
           Civil No. 1:15CV89
           Crim No. 1:12CR119-4

To the Clerk of the Court:

    Enclosed please find and accept for timely filing Movant's Objections to Report and Recommendation Of United States Magistrate Judge. Please submit these Objections to the Court.

    Thank you for your assistance in this matter.

           Sincerely,

           *Vicki Starks-Fitts*

           VICKI STARK-FITTS
           Appearing *Pro Se*

*Encl. as noted*